**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-2358 (RBW) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

In accordance with the Court's oral rulings at the status conference held on January 29, 2019, it is hereby

**ORDERED** that, on or before March 14, 2019, the parties shall file a joint status report identifying the discovery issues outstanding as of that date and, if necessary, proposing a briefing schedule to address those issues. It is further

**ORDERED** that the parties shall appear for a status conference on Wednesday, March 20, 2019, at 2 p.m.

**SO ORDERED** this 30th day of January, 2019.

REGGIE B. WALTON
United States District Judge